UNITED STATES BANKRUPTCY COURT
EATERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE: JONAS TREMANYNE THOMPSON and          CASE NO. 09-51852
TAMARA LYNNETTE THOMPSON,

DEBTORS                                                                CHAPTER 7

**OBJECTION TO MOTION FOR RELIEF FROM STAY**
**AND FOR CREDITOR TO PRODUCE DOCUMENTS**

**COME NOW THE ABOVE-NAMED DEBTOR(S)**, by and through undersigned attorney of record, and hereby file this objection to the motion for relief from stay filed in this case.

The debtor(s) deny the allegations of National City regarding the payments now being claimed as delinquent and further debtors state that the movant has not established sufficient legal grounds to justify the entry of an order granting it relief from the automatic stay as both this Motion and the previous Motion for Relief were created by accounting errors of the movant.

The movant did not attach an accounting accompanied by an affidavit from an individual associated with the Servicer, and subject to being deposed by the debtors, stating that he/she was in control of the debtors mortgage loan account, that he/she had the requisite knowledge of the account to support now the second allegations of late payments made by this creditor and sworn under oath to be true and correct as a foundational basis for the Motion for Relief from Stay.

Considering this is the second such motion filed by the movant for Relief from Stay the first of which was voluntarily withdrawn after information was provided by the Debtors to show that the alleged failure to make mortgage payments as stated in the movant's September 27, 2009 motion was due to fault and error on behalf of the movant's servicing and accounting method

and not due to any failure of the debtors to make their payments the Debtors now move the Court to:

1. Order National City to **produce all current appraisal reports on the subject property, valuations, delinquency contact reports, mortgage inspection reports, property inspection reports, and all documents** prepared in connection with this loan before any court hearing;

2. That the movant **produce a complete unscrubbed transactional history and a Key Loan Transactional history and a complete Communications History from the date of the origination of the debtors' mortgage loan until the date of compliance with this request for documents**.

3. That the movant be ordered to provide **the name, address and telephone number of the current holder of the mortgage or note as provided for by Section 1641(f)(2) of Title 15 of the United States Code**.

4. That the movant provide the debtor(s) with a list of each entity having any interest in the debt that is the subject of this motion including, but not limited to, any **broker, table-funder, correspondent lender, originator, lender, warehouse lender, trustee, investor, trustee under a pooling and servicing agreement, servicer, sub-servicer, master-servicer, or similar party, and to identify each such party by full name, address, and a telephone number.** And, that the movant be required to provide to the debtor(s) for each party so listed **the consideration each entity received or disbursed for any interest it obtained or relinquished in the loan as well as the party it paid consideration to or received it from.**

5. That this response be treated as a written **Request for Production of the Documents** described herein, including the production of the lists and records as identified herein, said request being made pursuant to Rule 7036 of the Federal Rules of Civil Procedure and Rule 36 of the Federal Rules of Civil Procedure, and that the court enter an order requiring such documents to be produced within twenty (20) days to undersigned counsel and no less than ten (10) days prior to any hearing set by the Court on this motion.

6. That this response be treated as a motion pursuant to Rule 9006(c)(1) of the Federal Rules of Civil Procedure for this court in its discretion without notice and a hearing

to reduce the time period to respond to the request for production of documents as provided for herein to a period of no less than twenty (20) days prior to any designated hearing date and that the movant be ordered to fax (502.614.4973) compliance with this motion to undersigned counsel: by pdf email (to carole_friend@msn.com) or by First Class Mail, legible copies of said documents to the undersigned attorney for the debtor(s) or to transmit the same by an expedited or express mail service.

7. That if the motion be dismissed by the Court or is withdrawn again by the movant, or if the movant fails to produce all of the requested documents at least ten (10) days before any hearing date that sanctions be awarded against the movant as this is the movant's second Motion for Relief from Stay.

8. That if applicable this motion be dismissed pursuant to Rules 7017, 7019, and 7020 of the Federal Rules of Bankruptcy Procedure for failure to prosecute the same in the name of the real party in interest, to join necessary and mandatory parties, or the Trustee under the Pooling and Servicing Agreement, as a necessary party.

9. That the debtor(s) be granted a hearing on all issues raised by the pleadings in this case and further that the Court set a Hearing Date on this matter first allowing sufficient time for the movant to comply with the documents requested by way of this Objection;

10. That the debtor(s) have such other and further relief as to the court may seem just and proper including sanctions against the movant if such is shown to be appropriate and attorney fees.

Respectfully submitted this the 21st day of January 2010.

/s/ Carole M. Friend
Carole M. Friend
***Friend & Associates, PSC***
PO Box 1488
Georgetown KY 40324
Phone: 502.542.2398
Fax: 502.614.4973
KY Bar #23628
COUNSEL FOR THE DEBTORS

**NOTICE**

**THE PARTIES HERETO WILL TAKE NOTICE THAT THE DEBTORS HAVE REQUESTED THE PRODUCTION OF DOCUMENTS WITHIN A SPECIFIED PERIOD OF TIME IN ADVANCE OF A HEARING.  THE DATE OF ANY HEARING SHOULD BE SET BY THE COURT NO LESS THAN 30 DAYS FROM THE DATE OF THE FILING OF THIS OBJECTION TO ALLOW THE CREDITOR SUFFICIENT TIME TO PROVIDE THE REQUESTED DOCUMENTS.**

/s/ Carole M. Friend
Carole M. Friend

**CERTIFICATE OF SERVICE**

I have this day served a copy of the foregoing **OBJECTION TO MOTION FOR RELIEF FROM STAY AND FOR PRODUCTION OF DOCUMENTS** on the parties listed below by cm/ecf electronic noticing and/or by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person or entity as indicated below:

**Via the Court's Electronic Case Filing System to:**

US Trustee

Chapter 7 Trustee James D. Lyon

All counsel of record requesting Notice including:

Jessica L. Newman
815 West Market Street
Suite 500
Louisville, KY 40202
Counsel for National City

Via First Class mail:

Additional counsel for National City listed on Motion for Relief:

POLK, PROBER & RAPHAEL
Attorneys for National City
PO Box 4356
Woodland Hills CA 91365-4365